**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR108 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CARLOS LOPEZ and | ) | |
| ESMERALDA MIRANDA, | ) | |
| | ) | |
| Defendants. | ) | |

The Motion to Continue (Filing No. 40) is granted.

**IT IS ORDERED** that the evidentiary hearing on the motions to suppress (Filing Nos. 32 and 33) is continued to **May 22, 2007,** at **2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present unless excused by the Court.

DATED this 7th day of May, 2007.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge